UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA F. CARPIO,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                              Defendant. | Case No.:  20-CV-423-WVG<br><br>**ORDER DENYING MOTION TO STAY AS MOOT**<br><br>[Doc. No. 10.] |

   Defendant's motion to stay proceedings is DENIED as moot given the automatic stay imposed by the April 8, 2020 Order of the Chief Judge No. 21, which is available on the Court's website.

   **IT IS SO ORDERED.**

DATED:  June 23, 2020

_____
Hon. William V. Gallo
United States Magistrate Judge